## MARANTZ PIANO v. KINCAID

No. 552P91

Case below: 104 N.C.App. 802

Temporary stay dissolved 4 March 1992. Petition by defendant (Kincaid Enterprises, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992.

## MORGAN v. MARTIN

No. 532P91

Case below: 104 N.C.App. 554

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992.

## NATIONWIDE MUTUAL INS. CO. v. SILVERMAN

No. 36PA92

Case below: 104 N.C.App. 783

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 4 March 1992.

## REID v. REID

No. 5P92

Case below: 104 N.C.App. 802

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992.

## SAFETY MUT. CASUALTY CORP. v. SPEARS, BARNES

No. 531PA91

Case below: 104 N.C.App. 467

Petition by plaintiff (Safety Mutual) for discretionary review pursuant to G.S. 7A-31 allowed 4 March 1992.